# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Equal Employment Opportunity Commission
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−01150

　　　　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Glaziers, Architectural Metal & Glass Workers Local 27
　　　　　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: MOTION by Plaintiff Equal Employment Opportunity Commission to dismiss action voluntarily pursuant to Fed. R. Civ. P. 41(a) [64] is granted. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.